Stephen Parnell, S.B.N. 314517
stephen@norcallemon.com
Lisa Ziperman, S.B.N. 350489
lisa@norcallemon.com
Parnell & Ziperman, A.P.C.
2945 Bell Rd., #171
Auburn, CA 95603
Telephone: 408.357.4549
Facsimile: 408.608.1508
Attorneys for Plaintiffs DA WAI and JIANG LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DA WEI, an individual, and JIANG LI, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DISCOVER BANK, an unknown Delaware company; BANK OF AMERICA CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case Number: 5:24-cv-07537-EKL <br><br> **PARTIES' STIPULATED NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), this action is dismissed in its entirety by stipulation of all parties.

The dismissal is made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

1  This dismissal is with prejudice, with each party to bear its own costs and
2  fees.

4  Dated: November 25, 2025
5  _____
   Stephen Parnell
6  Counsel for Plaintiffs

8  Dated: November 25, 2025    /s/Benjamin J. Howard
9  _____
   Benjamin J. Howard
10 Counsel for Defendant Bank of America

12 Dated: November 25, 2025
13                              /s/Cameron Jean
   _____
14 Cameron Jean
   Counsel for Defendant Discover Bank

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I filed the foregoing document entitled PARTIES' STIPULATED NOTICE OF DISIMSSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

Date: November 25, 2025                PARNELL & ZIPERMAN, APC

                                       By:  *Lisa Ziperman*
                                            Lisa Ziperman
                                            Attorneys for Plaintiffs
                                            DA WEI and JIANG LI


## ORDER ON DISMISSAL

The above PARTIES' STIPULATED NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) is GRANTED and the case is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: November 30, 2025        _____
                                UNITED STATES DISTRICT JUDGE

3                                                    Case No. 5:24-cv-07537-EKL
PARTIES' STIPULATED NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)